# DENIED
BY ORDER OF THE COURT

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GIOVANNI MARTINEZ, JOSE ALMENDARIZ, JAMES KING, MARTIN SALAZAR, and HUMBERTO LOPEZ,<br><br>Plaintiffs,<br><br>v.<br><br>FLOWERS FOODS, Inc., FLOWERS BAKING CO. OF CALIFORNIA, FLOWERS BAKING CO. OF HENDERSON, FLOWERS BAKERIES BRANDS, Inc., and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:15-cv-05112 RGK(Ex)<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE TRIAL DATE**<br><br>Complaint Filed:  July 7, 2015<br>Trial Date:  August 2, 2016<br>District Judge:  R. Gary Klausner<br>Magistrate Judge:  Charles F. Eick |

1  The Court, having considered the Stipulation to Continue Trial Date,
2  submitted by and between Plaintiffs Giovanni Martinez, Jose Almendariz, James
3  King, Martin Salazar, and Humberto Lopez and Defendants Flowers Foods, Inc.,
4  Flowers Baking Co. of California, Flowers Baking Co. of Henderson, and Flowers
5  Bakeries Brands, Inc., and good cause appearing therefor:
6  ~~IT IS HEREBY ORDERED that the trial date be continued approximately~~
7  ~~seventy-five (75) days to _____, and the pre-trial~~
8  ~~conference continued to October 3, 2016, along with the related deadlines.  This~~
9  ~~continuance will not affect any deadlines, including the discovery cut-off and motion~~
10  ~~cut-off, that have already passed.~~
11  THE STIPULATION IS DENIED.
12  IT IS SO ORDERED.
13
14  DATED: May 24, 2016            *Gary Klausner* _____
15                                          Honorable R. Gary Klausner