Peter Rukin, SBN 178336
Valerie Brender, SBN 298224
**RUKIN HYLAND DORIA & TINDALL LLP**
100 Pine Street, Suite 2150
San Francisco, CA 94111
Telephone: (415) 421-1800
Facsimile: (415) 421-1700
*prukin@rhdtlaw.com*
*vbrender@rhdtlaw.com*

Aaron Kaufmann, SBN 148580
Beth Ross, SBN 141337
Elizabeth Gropman, SBN 294156
**LEONARD CARDER, LLP**
1330 Broadway, Suite 1450
Oakland, CA 94612
Telephone: (510) 272-0169
Facsimile: (510) 272-0174
*akaufmann@leonardcarder.com*
*bross@leonardcarder.com*
*egropman@leonardcarder.com*

*Attorneys for PLAINTIFFS*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIOVANNI MARTINEZ, JOSE ALMENDARIZ, JAMES KING, MARTIN SALAZAR, and HUMBERTO LOPEZ,<br><br>Plaintiffs,<br><br>v.<br><br>FLOWERS FOODS, Inc., FLOWERS BAKING CO. OF CALIFORNIA, FLOWERS BAKING CO. OF HENDERSON, FLOWERS BAKERIES BRANDS, Inc., and DOES1 through 9, inclusive,<br><br>Defendants. | Case No. 2:15-cv-05112-RGK(Ex)<br><br>**DECLARATION OF PETER RUKIN IN SUPPORT OF PLAINTIFFS' MOTION IN LIMINE NO. 3 RE TESTIMONY OF JOSEPH KROCK, PH.D.**<br><br>Complaint Filed:   July 7, 2015<br>Trial Date:             August 2, 2016<br>District Judge:      July 18, 2016 |

- i -

RUKIN DECLARATION IN SUPPORT OF MOTION IN LIMINE NO. 3
CASE NO.: 2:15-cv-05112-RGK(Ex)

1  I, Peter Rukin, declare as follows:

2      1.    I am a member of the Bar of the State of California and am admitted to practice before this Court.  I am a partner in the law firm of Rukin Hyland Doria & Tindall LLP, co-counsel for Plaintiffs in this action.  I make this declaration in support of Plaintiffs' motion in Limine No. 3 Regarding Testimony of Joseph Krock, Ph.D.  I have personal knowledge of the facts set forth in this declaration and, if called upon to do so, could and would testify competently thereto, except where I make a statement on information and belief, in which case I am informed and believe the statement to be true.

    2.    Attached as *Exhibit A* is a true and correct copy of the Fed.R.Civ.P. Rule 26(a)(2) disclosure of Joseph Krock, Ph.D

    3.    Attached as *Exhibit B* is a true and correct copy of the Distribution Agreement of Plaintiff Giovanni Martinez.

    4.    Counsel for the parties have stipulated that Dr. Krock will not offer testimony at trial regarding the value of Plaintiffs' routes under an open market prices method of valuation.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on June 17, 2016 in San Francisco, California.

                                              */s/ Peter Rukin*
                                              Peter Rukin