Peter Rukin, SBN 178336
Valerie Brender, SBN 298224
**RUKIN HYLAND DORIA & TINDALL LLP**
100 Pine Street, Suite 2150
San Francisco, CA 94111
Telephone: (415) 421-1800
Facsimile: (415) 421-1700
*prukin@rhdtlaw.com*
*vbrender@rhdtlaw.com*

Aaron Kaufmann, SBN 148580
Beth Ross, SBN 141337
Elizabeth Gropman, SBN 294156
**LEONARD CARDER, LLP**
1330 Broadway, Suite 1450
Oakland, CA 94612
Telephone: (510) 272-0169
Facsimile: (510) 272-0174
*akaufmann@leonardcarder.com*
*bross@leonardcarder.com*
*egropman@leonardcarder.com*

*Attorneys for PLAINTIFFS*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIOVANNI MARTINEZ, JOSE ALMENDARIZ, JAMES KING, MARTIN SALAZAR, and HUMBERTO LOPEZ,<br><br>Plaintiffs,<br><br>v.<br><br>FLOWERS FOODS, Inc., FLOWERS BAKING CO. OF CALIFORNIA, FLOWERS BAKING CO. OF HENDERSON, FLOWERS BAKERIES BRANDS, Inc., and DOES1 through 9, inclusive,<br><br>Defendants. | Case No. 2:15-cv-05112 RGK(Ex)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION IN LIMINE NO. 3 RE TESTIMONY OF JOSEPH KROCK, PH.D.**<br><br>Complaint Filed:   July 7, 2015<br>Trial Date:           August 2, 2016<br>Pretrial Conf.:     July 18, 2016 |

1  The Court, having considered Plaintiffs' Motion in Limine No. 3 Regarding
2  Testimony of Joseph Krock, Ph.D., and good cause appearing:
3  IT IS HEREBY ORDERED that Defendants' expert Joseph Krock is barred
4  from testifying regarding the following matters: the value of Plaintiffs' routes; and
5  any comparison of effective hourly rates between Plaintiffs and employee-classified
6  drivers in the industry.

8  **IT IS SO ORDERED.**

10  DATED: _____, 2016     _____
11                                   Hon. R. Gary Klausner
                                     United States District Judge